AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

**FILED**

August 05, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ aq _____
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Ionathan Jesus DELGADO VILLARREAL | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

Case No.     **EP:26-MJ-3576-LE**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____August 3, 2026____ in the county of ____El Paso____ in the ____Western____ District of ____Texas____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841 (a)(1) | Possession with intent to Distribute approximately 7.64 kilograms of Cocaine. |

This criminal complaint is based on these facts:

See attached Affidavit, which is marked "Attachment A"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Complaint sworn to telephonically on
____August 05, 2026____ at ____01:00 PM____ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Gilbert A. Nungaray, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

_____
*Judge's signature*

Date: ____08/05/2026____

City and state:     ____El Paso, Texas____

Laura Enriquez, U.S. Magistrate Judge
*Printed name and title*

**<u>Ionathan Jesus Delgado Villarreal</u>**

**<u>21 U.S.C. 952</u>**

1.      On August 3, 2026, at approximately 9:00 p.m., your affiant, Drug Enforcement Administration (DEA) and Task Force Officer (TFO) Special Agents (SA's) responded to a suspected drug courier, Ionathan Jesus DELGADO VILLARREAL. CBP Officers contacted SA Gilbert Angelo Nungaray to inform the agent that DELGADO VILLARREAL had crossed into the United States at the Ysleta Port of Entry and was attempting to cross narcotics in the vehicle DELGADO VILLARREAL was traveling in. DELGADO VILLARREAL was the sole occupant of a silver 4 door sedan Audi A4 bearing Chihuahua Mexico plates: DYM621B. DELGADO VILLARREAL stated in a post Miranda interview that he was the sole owner of the vehicle and that the vehicle was registered to him only. DELGADO VILLARREAL stated that he was the only person that drove it and the vehicle had only been to the mechanic for rear shock replacements.  CBP Officer Emilio G. Quezada had been the primary inspector at the lane DELGADO VILLARREAL was in. CBP Officer Eric Gonzalez had been manning the Low Energy Portal (LEP) X-ray for this lane and noticed anomalies in portions of the vehicle DELGADO VILLARREAL was traveling in. CBP Officer Rafael A. Lopez further confirmed this anomaly with the passing of the vehicle through the Z-portal X-ray machine. CBP Officer Jonathan Cardona used his CBPO K-9 Gino (250562) to conduct an open-air sniff, to which the K-9 alerted to the presence of narcotics.  DELGADO VILLARREAL was then referred to a secondary inspection. At the secondary inspection, CPB Officer Horacio Hernandez asked questions about the purpose for entering the United States to which DELGADO VILLARREAL answered to pay his taxes. CBP Officer Hernandez specifically asked DELGADO VILLARREAL if there were any drugs in the car to which DELGADO VILLARREAL said "no". CBP Officer Quezada noted in his report that GUEVARA-GARCIA exhibited nervous behavior that included trembling hands, shaking body movements. CBP Officer Quezada then asked GUEVARA-GARCIA how much money he was bringing into the U.S., to which GUEVARA-GARCIA presented approximately $350.00 USC. DELGADO VILLARREAL's vehicle was then taken into a separate area to be thoroughly searched by CBP Officers. A total of 7.64 gross kilograms were removed from the vehicle that GUEVARA-GARCIA was in. CBP Officer Araujo used a Gemini drug detection device that field tested the contents of the bundles as Cocaine.

2.      In a post Miranda interview, DELGADO VILLARREAL admitted to agents that he was aware that he was crossing cocaine and was going to deliver the drugs to unknown persons. DELGADO VILLARREAL informed agents that he had crossed drugs on at least one prior occasion and was paid $8,000.00 USC for his service.  DELGADO VILLARREAL was to

be paid the same amount for his transport fees upon successful completion of this drug smuggling operation.

Respectfully submitted,

Gilbert Angelo Nungaray
Special Agent
Drug Enforcement Administration